

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 26th, 20 16

WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. ERIC MARQUEZ,
2. HECTOR HUGO GARCIA GUTIERREZ,
3. BALTAZAR REYES GARCIA,
4. HECTOR CONTRERAS IBARRA,
5. PABLO CATANO,
6. OSCAR LUNA MERCADO,
7. MIGUEL VALDOVINOS CISNEROS, a.k.a. "Miguelito,"
8. IVAN BETANZOS TORRES,
9. ANGEL SERRANO CARRENO,
10. LEOPOLDO SAVALZA VELA, a.k.a "Polo,"
11. LUIS QUINONES CEJA, a.k.a "Cookie,"
12. DANIEL RAMOS DOMINGUEZ,
13. EDGAR GONZALEZ,
14. LILLIANA VELIZ,

Defendants.

NO. CR16-287JCR

INDICTMENT

The Grand Jury charges that:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# COUNT 1
## (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the past five years, and continuing until on or about October 26, 2016, in King, Skagit, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, ERIC MARQUEZ, HECTOR HUGO GARCIA GUTIERREZ, BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, PABLO CATANO, OSCAR LUNA MERCADO, MIGUEL VALDOVINOS CISNEROS, IVAN BETANZOS TORRES, ANGEL SERRANO CARRENO, LEOPOLDO SAVALZA VELA, LUIS QUINONES CEJA, DANIEL RAMOS DOMINGUEZ, EDGAR GONZALEZ, and LILLIANA VELIZ, and others known and unknown, did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including methamphetamine, heroin, and cocaine, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 846.

**Specific Quantity Allegations as to Methamphetamine**

1. With respect to Defendants ERIC MARQUEZ, HECTOR HUGO GARCIA GUTIERREZ, BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, PABLO CATANO, OSCAR LUNA MERCADO, MIGUEL VALDOVINOS CISNEROS, IVAN BETANZOS TORRES, ANGEL SERRANO CARRENO, LEOPOLDO SAVALZA VELA, and LUIS QUINONES CEJA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of actual methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

**Specific Quantity Allegations as to Heroin**

2. With respect to Defendants, ERIC MARQUEZ, HECTOR HUGO GARCIA GUTIERREZ, BALTAZAR REYES GARCIA, HECTOR CONTRERAS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IBARRA, PABLO CATANO, OSCAR LUNA MERCADO, MIGUEL VALDOVINOS CISNEROS, IVAN BETANZOS TORRES, ANGEL SERRANO CARRENO, and LUIS QUINONES CEJA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved one kilogram or more of a substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### Specific Quantity Allegations as to Cocaine

3. With respect to Defendants ERIC MARQUEZ, HECTOR HUGO GARCIA GUTIERREZ, BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, PABLO CATANO, OSCAR LUNA MERCADO, MIGUEL VALDOVINOS CISNEROS, IVAN BETANZOS TORRES, ANGEL SERRANO CARRENO, and LUIS QUINONES CEJA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

### ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 1 of the Indictment, the defendants, ERIC MARQUEZ, HECTOR HUGO GARCIA GUTIERREZ, BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, PABLO CATANO, OSCAR LUNA MERCADO, MIGUEL VALDOVINOS CISNEROS, IVAN BETANZOS TORRES, LEOPOLDO SAVALZA VELA, ANGEL SERRANO CARRENO, LUIS QUINONES CEJA, DANIEL RAMOS DOMINGUEZ, EDGAR GONZALEZ, and LILLIANA VELIZ, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, such offenses, including, but not limited to, a sum of money representing the proceeds obtained as a result of the offense charged in Count 1, above.

If any of the above described forfeitable property, as a result of any act or omission of the Defendants,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided //

//
//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendants up to the value of the above described forfeitable property.

A TRUE BILL:

DATED:

*Signature Redacted per Judicial Policy*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
SARAH Y. VOGEL
Assistant United States Attorney

_____
STEVEN T. MASADA
Assistant United States Attorney

_____
S. KATE VAUGHAN
Assistant United States Attorney