Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
| Plaintiff | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, and ANGEL SERRANO CARRENO, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Supplemental Witness List and Motion *in Limine*;

//
//
//

Order to Seal
*U.S. v. Reyes-Garcia, et al.,* CR16-287JLR - 1

It is hereby ORDERED that the United States' Supplemental Witness List and Motion *in Limine* shall remain sealed.

DATED this 15th day of September, 2017.

*[signature]*
JAMES L. ROBART
United States District Judge

Presented by:

*S/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

Order to Seal
U.S. v. Reyes-Garcia, et al., CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970