UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALTAZAR REYES GARCIA,<br><br>Defendant. | CASE NO. CR16-0287JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court orders Plaintiff United States of America ("the Government") to respond to Defendant Baltazar Reyes Garcia's motion to unseal (Dkt. # 579) no later than Thursday, September 21, 2017, at 12:00 p.m. The Government's response shall be no more than five (5) pages and be limited to the issues Mr. Reyes Garcia raises in his motion. To the extent that the Government's response contains sensitive information of

//

the nature identified in the Government's emergency motion to seal (Dkt. # 581), the Government may file its response under seal.

Filed and entered this 18th day of September, 2017.

WILLIAM M. MCCOOL<br>
Clerk of Court<br>
<br>
s/ Ashleigh Drecktrah<br>
Deputy Clerk