Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BALTAZAR REYES GARCIA, <br><br> Defendant. | NO. CR16-287JLR <br><br> [~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' ~~Opposition~~ Response to Defendant's Motion to Unseal Plea Hearing Transcript; (Dkt. #595)

//

//

//

Order to Seal
*U.S. v. Reyes-Garcia*, CR16-287JLR - 1

1   It is hereby ORDERED that the United States' ~~Opposition~~ Response to Defendant's Motion
2   to Unseal Plea Hearing Transcript (Dkt. #595) shall remain sealed.

5   DATED this 20th day of September, 2017.

                                         /s/ James L. Robart
                                         JAMES L. ROBART
                                         United States District Judge

12  Presented by:

13  S/ Steven T. Masada
14  STEVEN T. MASADA
    Assistant United States Attorney

Order to Seal
U.S. v. Reyes-Garcia, CR16-287JLR - 2