HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BALTAZAR REYES GARCIA,
HECTOR CONTRERAS IBARRA,
ANGEL SERRANO CARRENO,

    Defendants.

CASE NO. CR16-0287JLR

MINUTE ORDER

  The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

  The Court will allow the following attorneys to bring food and drink into the courthouse for the jury trial scheduled to begin September 28, 2017, and expected to conclude on or around October 19, 2017:

For Plaintiff:

  Kate Vaughan
  Steven Masada
  Accompanying staff members

For Defendants:

  Stephan Illa
  Michele Shaw
  David Hammerstad
  Accompanying staff members

MINUTE ORDER – 1

DATED this 25th day of September, 2017.

        WILLIAM M. McCOOL,
        Clerk of the Court

        By: */s/ Ashleigh Drecktrah*
          Deputy Clerk to the
          Hon. James L. Robart

MINUTE ORDER – 2