ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0287JLR |
| Plaintiff, | VERDICT FORM |
| v. | |
| BALTAZAR REYES GARCIA, HECTOR CONTRERAS IBARRA, ANGEL SERRANO CARRENO, | |
| Defendants. | |

We, the Jury, being duly impaneled and sworn, unanimously find as follows:

**Count 1: Conspiracy to Distribute Controlled Substances**

1. As to the charge of Conspiracy to Distribute Controlled Substances, we, the Jury, find the Defendant Baltazar Reyes Garcia

Guilty __X__     Not Guilty _____

//

VERDICT FORM - 1

*If you find the Defendant Baltazar Reyes Garcia not guilty of this charge, skip Question 1A and proceed to Question 2 below. If you find the Defendant Baltazar Reyes Garcia guilty as charged, proceed to Question 1A below.*

1A. We, the Jury, having found the Defendant Baltazar Reyes Garcia guilty of the charge of Conspiracy to Distribute Controlled Substances, further unanimously find that the quantity of controlled substances involved in the conspiracy and reasonably foreseeable to the Defendant Baltazar Reyes Garcia, including from the reasonably foreseeable conduct of other members of the conspiracy, was *(place an "X" in the appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury for (a) and in the box(es) for (b) and/or (c) if the jury <u>unanimously</u> agrees that there was a mixture and/or substance with a detectable amount of the controlled substance listed)*:

(a) Actual methamphetamine

    i. Weighing 50 grams or more     [ X ]

    ii. Weighing 5 grams or more     [   ]

    iii. Weighing less than 5 grams     [   ]

**and/or**

A mixture and/or substance with a detectable amount of methamphetamine

    i. Weighing 500 grams or more     [ X ]

    ii. Weighing 50 grams or more     [   ]

    iii. Weighing less than 50 grams     [   ]

(b) A mixture and/or substance with a detectable amount of cocaine   [ X ]

(c) A mixture and/or substance with a detectable amount of heroin   [   ]

VERDICT FORM - 2

1 | *You must answer Question 2.*

2 | 2. As to the charge of Conspiracy to Distribute Controlled Substances, we, the
3 | Jury, find the Defendant Hector Contreras Ibarra
4 | Guilty ✗   Not Guilty ____
5 | *If you find the Defendant Hector Contreras Ibarra not guilty of this charge, skip*
6 | *Question 2A and proceed to Question 3 below. If you find the Defendant Hector*
7 | *Contreras Ibarra guilty as charged, proceed to Question 2A below.*
8 | 2A. We, the Jury, having found the Defendant Hector Contreras Ibarra guilty of
9 | the charge of Conspiracy to Distribute Controlled Substances, further unanimously find
10 | that the quantity of controlled substances involved in the conspiracy and reasonably
11 | foreseeable to the Defendant Hector Contreras Ibarra, including from the reasonably
12 | foreseeable conduct of other members of the conspiracy, was *(place an "X" in the*
13 | *appropriate box(es) for the highest quantity* <u>unanimously</u> *agreed to by the jury for (a)*
14 | *and in the box(es) for (b) and/or (c) if the jury* <u>unanimously</u> *agrees that there was a*
15 | *mixture and/or substance with a detectable amount of the controlled substance listed):*
16 | (a) Actual methamphetamine
17 |     i. Weighing 50 grams or more     [ ✗ ]
18 |     ii. Weighing 5 grams or more     [   ]
19 |     iii. Weighing less than 5 grams     [   ]
20 |   **and/or**
21 |   A mixture and/or substance with a detectable amount of methamphetamine
22 |     i. Weighing 500 grams or more     [ ✗ ]

VERDICT FORM - 3

| | | |
|---|---|---|
| 1 | ii. Weighing 50 grams or more | [ ] |
| 2 | iii. Weighing less than 50 grams | [ ] |
| 3 | (b) A mixture and/or substance with a detectable amount of cocaine | [ ] |
| 4 | (c) A mixture and/or substance with a detectable amount of heroin | [ ] |

*You must answer Question 3.*

3. As to the charge of Conspiracy to Distribute Controlled Substances, we, the Jury, find the Defendant Angel Serrano Carreno

Guilty ✓          Not Guilty ____

*If you find the Defendant Angel Serrano Carreno not guilty of this charge, skip Question 3A and proceed to Question 4 below. If you find the Defendant Angel Serrano Carreno guilty as charged, proceed to Question 3A below.*

3A. We, the Jury, having found the Defendant Angel Serrano Carreno guilty of the charge of Conspiracy to Distribute Controlled Substances, further unanimously find that the quantity of controlled substances involved in the conspiracy and reasonably foreseeable to the Defendant Angel Serrano Carreno, including from the reasonably foreseeable conduct of other members of the conspiracy, was *(place an "X" in the appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury for (a) and/or (c) and in the box for (b) if the jury <u>unanimously</u> agrees that there was a mixture and/or substance with a detectable amount of the controlled substance listed)*:

(a) Actual methamphetamine

   i. Weighing 50 grams or more          [✓]

   ii. Weighing 5 grams or more          [ ]

| | | |
|---|---|---|
| 1 | iii. Weighing less than 5 grams | [ ] |
| 2 | **and/or** | |
| 3 | A mixture and/or substance with a detectable amount of methamphetamine | |
| 4 | i. Weighing 500 grams or more | [✓] |
| 5 | ii. Weighing 50 grams or more | [ ] |
| 6 | iii. Weighing less than 50 grams | [ ] |
| 7 | (b) A mixture and/or substance with a detectable amount of cocaine | [ ] |
| 8 | (c) A mixture and/or substance with a detectable amount of heroin | |
| 9 | i. Weighing 1 kilogram or more | [ ] |
| 10 | ii. Weighing 100 grams or more | [✓] |
| 11 | iii. Weighing less than 100 grams | [ ] |

*You must answer Question 4.*

**Count 5: Distribution of Methamphetamine On or About April 19, 2016**

4. As to the charge of Distribution of Methamphetamine, we, the Jury, find the Defendant Baltazar Reyes Garcia

Guilty ✓     Not Guilty ____

*If you find the Defendant Baltazar Reyes Garcia not guilty of this charge, skip Question 4A and proceed to Question 5 below. If you find the Defendant Baltazar Reyes Garcia guilty as charged, proceed to Question 4A below.*

4A. We, the Jury, having found the Defendant Baltazar Reyes Garcia guilty of the charge of Distribution of Methamphetamine, further unanimously find that the quantity of methamphetamine involved in the offense was *(place an "X" in the appropriate box(es)*

VERDICT FORM - 5

1 | *for the highest quantity <u>unanimously</u> agreed to by the jury)*:

2 |     (a) Actual methamphetamine

3 |         i. Weighing 50 grams or more      [ ✓ ]

4 |         ii. Weighing 5 grams or more      [ ]

5 |         iii. Weighing less than 5 grams      [ ]

6 |     **and/or**

7 |     A mixture and/or substance with a detectable amount of methamphetamine

8 |         i. Weighing 500 grams or more      [ ]

9 |         ii. Weighing 50 grams or more      [ ✓ ]

10 |         iii. Weighing less than 50 grams      [ ]

11 | *You must answer Question 5.*

12 | 5. As to the charge of Distribution of Methamphetamine, we, the Jury, find the

13 | Defendant Hector Contreras Ibarra

14 | Guilty ✓      Not Guilty _____

15 | *If you find the Defendant Hector Contreras Ibarra not guilty of this charge, skip*

16 | *Question 5A and proceed to Question 6 below. If you find the Defendant Hector*

17 | *Contreras Ibarra guilty as charged, proceed to Question 5A below.*

18 | 5A. We, the Jury, having found the Defendant Hector Contreras Ibarra guilty of

19 | the charge of Distribution of Methamphetamine, further unanimously find that the

20 | quantity of methamphetamine involved in the offense was *(place an "X" in the*

21 | *appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury)*:

22 | //

    (a) Actual methamphetamine

        i. Weighing 50 grams or more     [ ✓ ]

        ii. Weighing 5 grams or more     [   ]

        iii. Weighing less than 5 grams     [   ]

    **and/or**

    A mixture and/or substance with a detectable amount of methamphetamine

        i. Weighing 500 grams or more     [   ]

        ii. Weighing 50 grams or more     [ ✓ ]

        iii. Weighing less than 50 grams     [   ]

*You must answer Question 6.*

6. As to the charge of Distribution of Methamphetamine, we, the Jury, find the Defendant Angel Serrano Carreno

    Guilty ✓         Not Guilty ____

*If you find the Defendant Angel Serrano Carreno not guilty of this charge, skip Question 6A and proceed to Question 7 below. If you find the Defendant Angel Serrano Carreno guilty as charged, proceed to Question 6A below.*

6A. We, the Jury, having found the Defendant Angel Serrano Carreno guilty of the charge of Distribution of Methamphetamine, further unanimously find that the quantity of methamphetamine involved in the offense was *(place an "X" in the appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury)*:

    (a) Actual methamphetamine

        i. Weighing 50 grams or more     [ ✓ ]

| | | |
|---|---|---|
| 1 | ii. Weighing 5 grams or more | [   ] |
| 2 | iii. Weighing less than 5 grams | [   ] |

3   **and/or**

4   A mixture and/or substance with a detectable amount of methamphetamine

| | | |
|---|---|---|
| 5 | i. Weighing 500 grams or more | [   ] |
| 6 | ii. Weighing 50 grams or more | [ ✓ ] |
| 7 | iii. Weighing less than 50 grams | [   ] |

8   *You must answer Question 7.*

9   **Count 6: Distribution of Methamphetamine On or About May 23, 2016**

10   7. As to the charge of Distribution of Methamphetamine, we, the Jury, find the
11   Defendant Baltazar Reyes Garcia

12   Guilty ✓          Not Guilty ____

13   *If you find the Defendant Baltazar Reyes Garcia not guilty of this charge, skip*
14   *Question 7A and proceed to Question 8 below. If you find the Defendant Baltazar Reyes*
15   *Garcia guilty as charged, proceed to Question 7A below.*

16   7A. We, the Jury, having found the Defendant Baltazar Reyes Garcia guilty of the
17   charge of Distribution of Methamphetamine, further unanimously find that the quantity of
18   methamphetamine involved in the offense was *(place an "X" in the appropriate box(es)*
19   *for the highest quantity <u>unanimously</u> agreed to by the jury)*:

20   (a) Actual methamphetamine

| | | |
|---|---|---|
| 21 | i. Weighing 50 grams or more | [ ✓ ] |
| 22 | ii. Weighing 5 grams or more | [   ] |

VERDICT FORM - 8

|   |   |
|---|---|
| iii. Weighing less than 5 grams | [   ] |

and/or

A mixture and/or substance with a detectable amount of methamphetamine

|   |   |
|---|---|
| i. Weighing 500 grams or more | [   ] |
| ii. Weighing 50 grams or more | [ ✓ ] |
| iii. Weighing less than 50 grams | [   ] |

*You must answer Question 8.*

8. As to the charge of Distribution of Methamphetamine, we, the Jury, find the Defendant Hector Contreras Ibarra

Guilty ✓          Not Guilty ____

*If you find the Defendant Hector Contreras Ibarra not guilty of this charge, skip Question 8A and proceed to Question 9 below. If you find the Defendant Hector Contreras Ibarra guilty as charged, proceed to Question 8A below.*

8A. We, the Jury, having found the Defendant Hector Contreras Ibarra guilty of the charge of Distribution of Methamphetamine, further unanimously find that the quantity of methamphetamine involved in the offense was *(place an "X" in the appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury)*:

(a) Actual methamphetamine

|   |   |
|---|---|
| i. Weighing 50 grams or more | [ ✓ ] |
| ii. Weighing 5 grams or more | [   ] |
| iii. Weighing less than 5 grams | [   ] |

and/or

1    A mixture and/or substance with a detectable amount of methamphetamine

2       i. Weighing 500 grams or more     [   ]

3       ii. Weighing 50 grams or more     [ ✓ ]

4       iii. Weighing less than 50 grams     [   ]

5    *You must answer Question 9.*

6    **Count 9: Distribution of Methamphetamine On or About June 28, 2016**

7-8  9. As to the charge of Distribution of Methamphetamine, we, the Jury, find the Defendant Baltazar Reyes Garcia

9    Guilty ✓     Not Guilty ____

10-12 *If you find the Defendant Baltazar Reyes Garcia not guilty of this charge, skip Question 9A and proceed to Question 10 below. If you find the Defendant Baltazar Reyes Garcia guilty as charged, proceed to Question 9A below.*

13-16 9A. We, the Jury, having found the Defendant Baltazar Reyes Garcia guilty of the charge of Distribution of Methamphetamine, further unanimously find that the quantity of methamphetamine involved in the offense was *(place an "X" in the appropriate box(es) for the highest quantity unanimously agreed to by the jury)*:

17   (a) Actual methamphetamine

18      i. Weighing 50 grams or more     [ ✓ ]

19      ii. Weighing 5 grams or more     [   ]

20      iii. Weighing less than 5 grams     [   ]

21   **and/or**

22   A mixture and/or substance with a detectable amount of methamphetamine

|   |   |   |
|---|---|---|
| 1 | i. Weighing 500 grams or more | [   ] |
| 2 | ii. Weighing 50 grams or more | [ ✓ ] |
| 3 | iii. Weighing less than 50 grams | [   ] |

*You must answer Question 10.*

10. As to the charge of Distribution of Methamphetamine, we, the Jury, find the Defendant Hector Contreras Ibarra

Guilty ✓   Not Guilty ____

*If you find the Defendant Hector Contreras Ibarra not guilty of this charge, skip Question 10A and proceed to Question 11 below. If you find the Defendant Hector Contreras Ibarra guilty as charged, proceed to Question 10A below.*

10A. We, the Jury, having found the Defendant Hector Contreras Ibarra guilty of the charge of Distribution of Methamphetamine, further unanimously find that the quantity of methamphetamine involved in the offense was *(place an "X" in the appropriate box(es) for the highest quantity <u>unanimously</u> agreed to by the jury)*:

(a) Actual methamphetamine

|   |   |
|---|---|
| i. Weighing 50 grams or more | [ ✓ ] |
| ii. Weighing 5 grams or more | [   ] |
| iii. Weighing less than 5 grams | [   ] |

**and/or**

A mixture and/or substance with a detectable amount of methamphetamine

|   |   |
|---|---|
| i. Weighing 500 grams or more | [   ] |
| ii. Weighing 50 grams or more | [ ✓ ] |

      iii. Weighing less than 50 grams      [    ]

*You must answer Question 11.*

**Count 35: Possession of Heroin with Intent to Distribute On or About November 2, 2016**

11. As to the charge of Possession of Heroin with Intent to Distribute, we, the Jury, find the Defendant Angel Serrano Carreno

Guilty ✓      Not Guilty ____

*You must answer Question 12.*

**Count 36: Unlawful Possession of Ammunition by a Prohibited Person**

12. As to the charge of Unlawful Possession of Ammunition by a Prohibited Person, we, the Jury, find the Defendant Angel Serrano Carreno

Guilty ✓      Not Guilty ____

*You must answer Question 13.*

**Count 41: Possession of Heroin with Intent to Distribute On or About November 22, 2016**

13. As to the charge of Possession of Heroin with Intent to Distribute, we, the Jury, find the Defendant Angel Serrano Carreno

Guilty ✓      Not Guilty ____

*Please sign and date this form, and notify the Courtroom Deputy that you have reached a verdict.*

Dated this 16th day of October, 2017.

[REDACTED]
PRESIDING JUROR