UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALTAZAR REYES GARCIA,<br>HECTOR CONTRERAS IBARRA,<br>ANGEL SERRANO CARRENO,<br><br>Defendants. | No. CR16-0287JLR<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch that was provided to the 12-member jury in the above entitled action, which was in deliberations on October 16, 2017.

DATED this 17th day of October, 2017.

The Honorable James L. Robart
United States District Judge