Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BALTAZAR REYES GARCIA,<br>HECTOR CONTRERAS IBARRA,<br>ANGEL SERRANO CARRENO,<br><br>Defendants. | NO. CR16-287JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Admitted Trial Exhibits Nos. 444, 563A and 564A;

//
//
//

Order to Seal
U.S. v. Reyes-Garcia, CR16-287JLR - 1

It is hereby ORDERED that the United States' Admitted Trial Exhibits Nos. 444, 563A and 564A shall remain sealed.

DATED this 24th day of October, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*S/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

Order to Seal
U.S. v. Reyes-Garcia, CR16-287JLR - 2