UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALTAZAR REYES-GARCIA,<br><br>Defendant. | CASE NO. CR16-0287JLR<br><br>ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER RECOMMENDING THAT HE BE HELD IN THIS DISTRICT FOR AN ADDITIONAL 120 DAYS |

Defendant Baltazar Reyes-Garcia's motion (Dkt. # 792) came on regularly for hearing. The court, having conducted a multi-week trial in this matter and being aware of Mr. Reyes-Garcia's recent conduct, does not find the motion meritorious. The motion (Dkt. # 792) is DENIED.

Dated this 30 day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 1