UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0287JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BALTAZAR REYES GARCIA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 22, 2024, Plaintiff the United States of America (the "Government") filed a motion "to consolidate motions for post-conviction relief and extend deadline for response." (Pl. Mot. (Dkt. # 987).) Specifically, the Government asks (1) to file a single response to Defendant Baltazar Reyes Garcia's three outstanding motions for a reduction in sentence (*see* Def. Mots. (Dkt. ## 982-84)); and (2) for a 30-day extension of the deadline to respond Mr. Garcia's motions. (*See generally* Pl. Mot.).

MINUTE ORDER - 1

The Government noted the motion as a same-day motion (*id.* at 1 (noted for July 22, 2024)), when it should have been noted as a 12-day motion. *See* Local Rules W.D. Wash. LCrR 12(b)(8) (limiting same-day motions to "[s]tipulated, joint motions or unopposed motions, motions to file over-length motions or briefs, motions for reconsideration, ex parte motions, and motions to recuse"); *id.* LCrR 12(b)(6) (providing that all other motions, unless otherwise ordered by the court, "shall be noted for consideration twelve days after the day of filing"). Nevertheless, the court will consider the motion on an expedited basis. Mr. Garcia shall file his response, if any, as soon as practicable but in any event no later than **Friday, July 26, 2024**. The Government will not be permitted to file a reply.

The Clerk is DIRECTED to re-note the Government's motion (Dkt. # 987) for July 26, 2024.

Filed and entered this 22nd day of July, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2