The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BALTAZAR REYES GARCIA,<br><br>DEFENDANT. | No. CR16-287-JLR<br><br>[~~PROPOSED~~] ORDER CONSOLIDATING MOTIONS FOR POST-CONVICTION RELIEF AND EXTENDING DEADLINE FOR RESPONSE |

Before the Court is the United States' Motion to Consolidate Motions for Post-Conviction Relief and Extend Deadline for Response. Upon review of the Motion, the Court finds the United States has shown good cause and GRANTS the motion. The United States may file one response addressing Baltazar Reyes Garcia's three motions for post-conviction relief, Dkt. 982–984, on or before August 26, 2024.

DATED this 26th day of July, 2024.

JAMES L. ROBART
United States District Judge

Presented by:

/s Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ
Assistant United States Attorney

[Proposed] Order Consolidating and Granting Extension of Time — 1
*United States v. Reyes Garcia*, CR16-287-JLR
USAO No. 2024V00559

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970